UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL ERDE and SUSAN ERDE, as Parents
And Natural Guardians of J.E., and MICHAEL ERDE
and SUSAN ERDE, Individually,

            21-CV-9285 (VSB) (VF)

        Plaintiffs,        **ORDER**

    -against-

MEISH PORTER, in her Official Capacity as
Chancellor of the New York City Department of
Education, and NEW YORK CITY DEPARTMENT
OF EDUCATION

        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  For the reasons stated at the proceedings held on November 17, 2022, Plaintiffs are directed to file their supplemental submission by no later than **Wednesday, December 8, 2015**.

Any response by Defendants is due no later than **Wednesday, December 15, 2022**.

  **SO ORDERED.**

DATED:  New York, New York
      November 18, 2022

                  _____
                  VALERIE FIGUEREDO
                  United States Magistrate Judge