UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL ERDE and SUSAN ERDE, as Parents
And Natural Guardians of J.E., and MICHAEL ERDE
and SUSAN ERDE, Individually,

                                      Plaintiffs,

             -against-

MEISH PORTER, in her Official Capacity as
Chancellor of the New York City Department of
Education, and NEW YORK CITY DEPARTMENT
OF EDUCATION

                                      Defendant.
-----------------------------------------------------------------X

**21-CV-9285 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of Court is directed to place the submission contained at ECF No. 36 under seal, to be available for viewing by only the Court and parties.

Defendants are directed to submit a redacted version of ECF No. 36 on the docket in this action by no later than **Tuesday, December 20, 2022**.

SO ORDERED.

DATED:    New York, New York
              December 16, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge