**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL ERDE and SUSAN ERDE, as
Parents and Natural Guardians of J.E., and
MICHAEL ERDE and SUSANNE ERDE,
Individually,

                       Plaintiff,                    21 **CIVIL** 9285 (VSB)(VF)

      -against-                              **JUDGMENT**

DAVID C. BANKS, in His Official Capacity
as Chancellor of the New York City
Department of Education, and NEW YORK
CITY DEPARTMENT OF EDUCATION,

                     Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 24, 2023, the Court adopts the Report & Recommendation in its entirety. Plaintiffs motion for summary judgment be GRANTED in part and DENIED in part, and Defendants cross-motion for summary judgment be GRANTED in part and DENIED in part. Specifically, I recommend that Plaintiffs outstanding tuition dues be paid by Defendants directly to iBrain, less $2,000.00**Dated:** New York, New York

      January 24, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**

                                                       **Deputy Clerk**