UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
MICHAEL ERDE and SUSAN ERDE, as :
Parents and Natural Guardians of J.E., and :
MICHAEL ERDE and SUSANNE ERDE, :
Individually,                              :          21-CV-9285 (VSB)
:
               Plaintiff, :          **ORDER**
:
       -against-                        :
:
DAVID C. BANKS, in His Official Capacity :
as Chancellor of the New York City :
Department of Education, and NEW YORK :
CITY DEPARTMENT OF EDUCATION, :
:
             Defendants. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 13, 2023
      New York, New York

_____
Vernon S. Broderick
United States District Judge